UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00120-GNS-LLK

ANNETTE DELANE HATCHER                                                    PLAINTIFF

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security          DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed the

Report & Recommendation (DN 19) regarding the Commissioner's Motion to Dismiss (DN 10),

no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report & Recommendation

(DN 19), and the Commissioner's Motion to Dismiss (DN 10) is **DENIED**

**WITHOUT PREJUDICE**.

Greg N. Stivers, Chief Judge
United States District Court

January 5, 2022

cc:      counsel of record