UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00120-GNS-LLK

ANNETTE H.                                                                                                    PLAINTIFF

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security                                                                DEFENDANT

## ORDER

The above matter having been referred to the U.S. Magistrate Judge who has filed Findings of Fact, Conclusions of Law, and Recommendation (DN 31), no objections having been filed thereto, and the Court having considered the same:

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Findings of Fact, Conclusions of Law, and Recommendation (DN 31) as set forth in the report submitted by the U.S. Magistrate Judge, judgment is **GRANTED** for Plaintiff, and this matter is **REMANDED** to the Commissioner for further administrative proceedings. The Clerk shall strike this matter from the active docket.

This is a final and appealable Order and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

September 26, 2022

cc:     counsel of record